IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM H. BRANSFORD,

    Plaintiff,

v.

UYVETTE DOUGLAS STEPP,

    Defendant.

JUDGMENT IN A CIVIL CASE

13-cv-484-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff William H. Bransford against defendant Uyvette Douglas Stepp in the amount of $47,083.35 for compensatory damages and $15,000 for punitive damages, for a total amount of $62,083.35 and this case is dismissed.

| /s/ | 2/3/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |